DANIEL BENITEZ (SBN 292303)
LUCID LAW, PLC
164 N. SECOND AVE
UPLAND, CA 91786
TEL: (909) 296-7100
EMAIL: DANIEL.BENITEZ@LUCIDSLAW.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER D. HOGELAND and ROBERT WARREN<br><br>Plaintiff(s),<br><br>v.<br><br>VANDERBILT MORTGAGE AND FINANCE, INC, a Tennessee corporation; and DOES 1 THROUGH 10, INCLUSIVE<br><br>Defendant(s). | CASE NUMBER<br><br>5:14-CV-01771-JGB-DTB<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| SEPTEMBER 23, 2014 | /S/ DANIEL BENITEZ |
| *Date* | *Signature of Attorney/Party* |

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*